# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SEIU Local 1 & Participating Employers Health Trust, et al.,

Plaintiff(s),

v.

Kard Protective Services
Defendant(s).

Case No. 21 C 4459
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)         .

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of the Plaintiffs and against the Defendant Kard Protective Services in the amount of $68,121.53 in unpaid contributions and liquidated damages.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default.

---

Date: 11/4/2021

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk